Wilson v. Wilson, 201 Ill. App. 478.

## Abstract of the Decision.

1. TELEGRAPHS AND TELEPHONES, § 32*—*what is measure of damages for error in transmission of telegram.* Where a telegram in which the plaintiff offered to purchase potatoes at sixty-nine cents a bushel was erroneously transmitted by the defendant so as to read seventy-nine cents, which offer was accepted by the addressee, and after the error had been discovered the shipment was made and paid for by the plaintiff at the latter price, *held* that in the absence of any proof as to the value of the potatoes at the time in question and of evidence from which it could be reasonably inferred that the plaintiff suffered any loss by reason of the alleged negligence of the defendant, the plaintiff was entitled to recover only the amount paid for the transmission of the telegram and interest thereon.

2. TELEGRAPHS AND TELEPHONES, § 37*—*when burden of proof is on plaintiff.* In an action for damages alleged to have resulted from the negligence of the defendant in transmitting a telegram, *held* that the burden of proving the damages was on the plaintiff.

---

## Catharyn Wilson, Executrix, Defendant in Error, v. F. Norwood Wilson, Plaintiff in Error.

### Gen. No. 21,586. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed October 10, 1916.

### Statement of the Case.

Action by Catharyn Wilson, executrix of the estate of Thomas S. Wilson, deceased, plaintiff, against F. Norwood Wilson, defendant, on a promissory note alleged to have been made by the defendant. To review a judgment for plaintiff, defendant prosecutes a writ of error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

JAMES A. WAGONER, for plaintiff in error.

CULVER, ANDREWS, KING & COOK, for defendant in error.

MR. JUSTICE McDONALD delivered the opinion of the court.

## Abstract of the Decision.

1. · BILLS AND NOTES, § 407*—*when burden of proof is on defendant.* In an action on a promissory note, *held* that the burden of proving the defense of failure of consideration was on the defendant.

2. BILLS AND NOTES, § 461*—*when verdict properly directed.* Evidence in an action on a promissory note *held* to justify a directed verdict for the plaintiff.

---

## Stanislaw Kuzmierczyk, Defendant in Error, v. Joseph Schlitz Brewing Company, Plaintiff in Error.

### Gen. No. 21,619.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. D. H. WAMSLEY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed October 10, 1916.

### Statement of the Case.

Action by Stanislaw Kuzmierczyk, plaintiff, against the Joseph Schlitz Brewing Company, a corporation, defendant, for damages to property alleged to have been caused by the negligence of the defendant. To review a judgment for plaintiff, defendant prosecutes a writ of error.

The statement of claim filed herein alleged as follows:

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.